**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MELVIN JAMES THOMAS, | ) | NO. CV 11-3231-RSWL(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| TERRI GONZALEZ, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: May 10, 2011

RONALD S.W. LEW
_____
RONALD S. W. LEW
SENIOR UNITED STATES DISTRICT JUDGE